UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Dennis E. Hecker,

        Debtor.                       BKY 09-50779

-----------------------------------

Randall L. Seaver, Trustee,         ADV 10-5027

        Plaintiff,

v.                                          <u>ORDER FOR SUMMARY JUDGMENT</u>

New Buffalo Auto Sales, LLC,
a Minnesota limited liability company,
f/k/a New Buffalo Chrysler, LLC,
Maurice J. Wagener, and Palladium
Holdings, LLC,

        Defendants.

At Minneapolis, Minnesota, January 19, 2011.

This adversary proceeding came on for hearing on cross-motions for summary judgment. Matthew Burton appeared on behalf of the plaintiff; William Wassweiler and Karla Vehrs appeared on behalf of New Buffalo Auto Sales, LLC, and Palladium Holdings, LLC; and Mychal Bruggeman appeared on behalf of Maurice Wagener.

For reasons stated orally and recorded in open court,

IT IS ORDERED:

1. The plaintiff's motion for summary judgment is denied.

2. The defendants' motions for summary judgment are granted.

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *01/19/2011*
Lori Vosejpka, Clerk, by LMH

3. The plaintiff shall recover nothing from the defendants on his complaint.

LET JUDGMENT BE ENTERED ACCORDINGLY.

/e/ Robert J. Kressel
ROBERT J. KRESSEL
UNITED STATES BANKRUPTCY JUDGE